UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GABRIEL DOMINGUEZ FLORES,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>Respondents. | Case No.:  3:26-cv-2864-CAB-AHG<br><br>**ORDER REQUIRING BOND HEARING** |

Pending before the Court is Petitioner Juan Gabriel Dominguez Flores's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that he has been in immigration detention since March 17, 2026 without a bond hearing in violation of the Immigration and Nationality Act.  [*Id.* at 3, 19–20.]  Respondents acknowledge that courts in this District have ordered bond hearings in similar cases and thus "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [Doc. No. 4 at 1–2.]

///

///

///

///

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **June 1, 2026**. The Clerk of the Court shall close the case on June 8, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated: May 18, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-2864-CAB-AHG